UNITED STATES DISTRICT COURT
MASSACHUSETTS DISTRICT
BOSTON DIVISION



Civil Action No: 04 CV 11720 GAO

**ROBERT O'TOOLE**
Social Security No. XXX-XX-9351,

        Plaintiff,

<u>AFFIDAVIT OF SERVICE OF PROCESS</u>

**THE STANDARD INSURANCE,**

        Defendant.

I, Michael James Kelley, state the following:

RECEIVED
JAN 1 9 2005
DIVISION OF INSURANCE
LEGAL DIVISION

1.) The above captioned Defendant, The Standard Insurance was served by personal service the attached summons by the Suffolk County Sheriff's Office in the manner required by the Federal Rules of Civil Procedure 4.

Signed under the pains and penalties of perjury

                                      Michael James Kelley, Esq.

On this 17th day of January, 2005, before me, the undersigned notary republic, personally appeared **Michael James Kelley** (name of document signer), proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.



Notary Public

My Commission expires: