AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Robert O'Toole

V.

The Standard Insurance

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11720 GAO

FILED
CLERKS OFFICE
2005 MAR 28 P 3: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)
The Standard Insurance
C/O Division of Insurance
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael James Kelley, Esq.
167 Milk Street, Suite 428
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  AUG 05 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/5/04 |
| NAME OF SERVER (PRINT) Corey A. Luckey | TITLE Admin Asst. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): First Class Mail to Standard Insurance Company, 1100 S.W. Sixth Avenue, 17th floor, Portland OR 97204

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ 
Date

RECEIVED
NOV 0 5 2004
DIVISION OF INSURANCE
1103-40-04-40

Signature of Server

One South Station, Boston MA 02110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.