UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT O'TOOLE, | ) | |
| Plaintiff | ) | C.A. No. 04-11720 REK |
| | ) | |
| v. | ) | |
| | ) | |
| THE STANDARD INSURANCE, | ) | |
| Defendant | ) | |

## JOINT MOTION TO AMEND
## PRETRIAL ORDER DEADLINES

Plaintiff Robert O'Toole and defendant Standard Insurance Company move jointly to amend the pretrial order, specifically to postpone the filing of summary judgment motions to July 15, 2005.

The parties file herewith a supporting memorandum.

_____
Michael James Kelley, Esq.
BBO #567329
  Attorney for Plaintiff
167 Milk Street - Suite 428
Boston, Massachusetts 02109
(617) 523-1450

_____
Brooks R. Magratten, Esq.
BBO #650393
VETTER & WHITE
  Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: June  6 , 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT O'TOOLE,<br>    Plaintiff | )<br>)  C.A. No. 04-11720 REK<br>) |
| v. | )<br>) |
| THE STANDARD INSURANCE,<br>    Defendant | )<br>) |

## MEMORANDUM IN SUPPORT
## OF JOINT MOTION TO AMEND
## PRETRIAL ORDER DEADLINES

Plaintiff Robert O'Toole and defendant Standard Insurance Company move jointly to amend the pretrial order, specifically to postpone the filing of summary judgment motions to July 15, 2005.

The Court has scheduled a mediation on June 8, 2005 with Diane Kenty, Esq. serving as mediator. It is entirely possible that the case may be disposed of at mediation. The parties request a modest extension of the deadline for moving for summary judgment so they may focus their efforts presently on the impending mediation.

/s/ Michael James Kelley (BAM)
Michael James Kelley, Esq.
BBO #567329
  Attorney for Plaintiff
167 Milk Street - Suite 428
Boston, Massachusetts 02109
(617) 523-1450

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq.
BBO #650393
VETTER & WHITE
  Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: June 6, 2005