UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert O'Toole
        Plaintiff

v.                                                            Civil Action No.04-11720-REK

The Standard Insurance
        Defendant

SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

     The Court having been advised by the ADR Report that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

6/14/05   _____
Date        Karen P. Folan
            Courtroom Clerk

Case 1:04-cv-11720-REK   Document 9   Filed 06/14/2005   Page 2 of 2