UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT O'TOOLE,           )
      Plaintiff         )   C.A. No. 04-11720 GAO
                          )
v.                        )
                          )   DISMISSAL
THE STANDARD INSURANCE,   )   STIPULATION
      Defendant         )

Plaintiff and defendant agree that the complaint may be dismissed with prejudice. No costs or fees awarded.

_____
Michael James Kelley, Esq.
BBO #567329
Attorney for Plaintiff
167 Milk Street, Suite 428
Boston, MA 02109
(617) 523-1450

_____
Brooks R. Magratten, Esq.
BBO #650393
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: August 10, 2005